UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TAJAI CALIP,

    Plaintiff,

    v.

OAKLAND UNIFIED SCHOOL DISTRICT,

    Defendant.

Case No. 15-cv-00877-SI

**ORDER RE: DEFENDANT'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**

On October 16, 2015, the Court held a hearing on defendant's motion to dismiss the second amended complaint.  At the hearing, defense counsel referenced state court lawsuits filed by plaintiff against the Oakland Unified School District, as well as other state court proceedings involving plaintiff.  Defense counsel stated that documents regarding these state court actions had already been filed in this lawsuit.  The Court has reviewed the docket, including the requests for judicial notice filed by defendant in connection with the motions to dismiss, and has been unable to locate these documents.  If defendant wishes to file documents regarding the state court actions, defendant may do so by **October 26, 2015**.  The Court will rule on the pending motion to dismiss shortly.

**IT IS SO ORDERED**.

Dated: October 20, 2015

_____
SUSAN ILLSTON
United States District Judge