UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TAJAI CALIP,

    Plaintiff,

  v.

OAKLAND UNIFIED SCHOOL DISTRICT,

    Defendant.

Case No. 15-cv-00877-SI

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

In an order filed November 2, 2015, the Court dismissed the second amended complaint and granted plaintiff leave to file an amended complaint by November 13, 2015. Dkt. 47. That order informed plaintiff that if she failed to file an amended complaint by November 13, 2015, the Court would dismiss this case.

Plaintiff has not filed an amended complaint, and accordingly the Court DISMISSES this case without prejudice pursuant to Federal Rule of Civil Procedure 41(b).[1] The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: November 17, 2015

SUSAN ILLSTON
United States District Judge

---

[1] On November 6 and 12, 2015, plaintiff filed three documents in opposition to defendant's October 28, 2015 request for judicial notice. *See* Dkts. 49-50 (plaintiff's oppositions), Dkt. 44 (defendant's request for judicial notice). The Court granted defendant's request for judicial notice (of state court pleadings and documents) in the November 2, 2015 order, and thus plaintiff's oppositions to the request for judicial notice are untimely. In light of plaintiff's *pro se* status, the Court has reviewed the oppositions, and determines that they cannot be construed, individually or collectively, as an amended complaint.